AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | ) | |
|---|---|---|
| O. JOHN BENISEK, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  RDB-13-3233 |
| | ) | |
| BOBBIE S. MACK, ET AL. | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Bobbie S. Mack, Chairman
Maryland State Board of Elections
151 West Street, Suite 200
Annapolis, MD  21401


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
O. John Benisek, 11237 Kemps Mill Rd., Williamsport, MD  21795
Stephen M. Shapiro, 5111 Westridge Rd., Bethesda, MD  20816
Maria B. Pycha, 13612 Brookline Rd., Baldwin, MD  21093



If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date:  11/07/2013



AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

|  |  |  |
|---|---|---|
| O. JOHN BENISEK, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   RDB-13-3233 |
| BOBBIE S. MACK, ET AL. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Linda H. Lamone
State Administrator of Elections
151 West Street, Suite 200
Annapolis, MD  21401

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
O. John Benisek, 11237 Kemps Mill Rd., Williamsport, MD  21795
Stephen M. Shapiro, 5111 Westridge Rd., Bethesda, MD  20816
Maria B. Pycha, 13612 Brookline Rd., Baldwin, MD  21093

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  11/07/2013