IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

O. JOHN BENISEK

et. al.

v.

BOBBIE S. MACK, Chairman,
Maryland State Board of Elections

et. al.

In their official capacities

Civil No.: JKB-13-CV-3233

____ FILED  ____ ENTERED
____ LODGED ____ RECEIVED

NOV 20 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

\* \* \* \* \* \* \* \*

## MOTION TO FILE AMENDED COMPLAINT

We respectfully request leave to file the attached amended complaint.

The amendments primarily change paragraph 36. Exhibits 15 and 16, which were previously cited in paragraph 36 only for comparison to the options for requested relief (Exhibits 11-14) discussed in paragraph 35, are now requested as supplemental relief—in addition to the primary relief requested in paragraph 35. Conforming edits are made to earlier paragraphs discussing relief, such as in the Overview.

Other edits clarify or expand on existing text and resolve typographical errors.

A clean version and a version showing all tracked changes from the original are attached.

We have consulted the Counsel to the General Assembly, who is handling this case for the Attorney General, and who has advised us that he has no objection to this filing.

1

Respectfully submitted,

_____ 11/17/13
O. JOHN BENISEK                    (date)
11237 Kemps Mill Rd
Williamsport, MD 21795
Washington County
240-217-1899
johnbenisek@gmail.com

_____ 11/19/2013
STEPHEN M. SHAPIRO                 (date)
5111 Westridge Rd
Bethesda, MD 20816
Montgomery County
301-229-6241
steves@md.net

_____ 11-18-13
MARIA B. PYCHA                     (date)
13612 Brookline Rd
Baldwin, MD 21093
Baltimore County
410-599-2716
mpycha@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

O. JOHN BENISEK

et. al.

v.

Civil No.:  JKB-13-CV-3233

BOBBIE S. MACK, Chairman,
Maryland State Board of Elections

et. al.

In their official capacities

\* \* \* \* \* \* \* \*

CERTIFICATE OF SERVICE

I certify that I have mailed a copy of the foregoing Motion to File an Amended

Complaint with its attachments to:

Dan Friedman
Counsel to General Assembly
Office of the Attorney General
Legislative Services Bldg
90 State Circle
Annapolis, MD  21401

_____ 11/19/2013
STEPHEN M. SHAPIRO, pro se   (date)
5111 Westridge Rd.
Bethesda, MD  20816
301-229-6241
steves@md.net