**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(THREE JUDGE COURT)**

|  |  |  |
|---|---|---|
| **O. JOHN BENISEK** *et al.* | \* |  |
| Plaintiffs | \* |  |
| v. | \* | CIVIL NO. JKB-13-3233 |
| **LINDA H. LAMONE** *et al.* | \* |  |
| Defendants | \* |  |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Now pending before the Court is STEPHEN M. SHAPIRO'S MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER DENYING HIS MOTION TO INTERVENE (ECF No. 144). The Three Judge Court has considered the Motion. Importantly, the Court has specifically considered the document attached to the Motion, titled, MOVANT SHAPIRO'S REPLY TO PLAINTIFFS' AND DEFENDANTS' RESPONSES IN OPPOSITION TO HIS MOTION TO INTERVENE (ECF No. 144-1), and the arguments and authorities contained therein.

The Clerk is DIRECTED to docket the Movant's proposed reply (ECF 144-1) as his REPLY to the parties' RESPONSES (ECF Nos. 121, 122).

For the reasons set out in its prior MEMORANDUM AND ORDER (ECF No. 130), STEPHEN M. SHAPIRO'S MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER DENYING HIS MOTION TO INTERVENE (ECF No. 144) is DENIED. Judges Niemeyer and Russell join in this Memorandum and Order.

DATED this 15th day of February, 2017.

             BY THE COURT:

             _____/s/_____
             James K. Bredar
             United States District Judge