IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| O. John Benisek, et al.,  *Plaintiffs*,  vs.  Linda H. Lamone, et al.,  *Defendants*. | Case No. 13-cv-3233  Three-Judge Court |

**APPENDIX OF EXHIBITS TO PLAINTIFFS' RULE 65(a) MOTION FOR A PRELIMINARY INJUNCTION AND TO ADVANCE AND CONSOLIDATE THE TRIAL ON THE MERITS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

| Exhibit | Contents |
|---------|----------|
| A | Transcript of April 26, 2017 Deposition of Governor Martin O'Malley. |
| B | Transcript of March 3, 2017 Deposition of Eric Hawkins. |
| C | The Parties' Joint Stipulations (Dkt. No. 104). |
| D | Plaintiffs' First Supplemental Set of Responses and Objections to Defendants' First Set of Interrogatories, dated January 16, 2017. |
| E | Defendants' Responses to Plaintiffs' First Set of Interrogatories, dated December 19, 2016. |
| F | Transcript of April 7, 2017 Deposition of Secretary Jeanne Hitchcock. |
| G | Exhibit 100 to of April 7, 2017 Deposition of Secretary Jeanne Hitchcock. |
| H | Exhibit 131 to April 24, 2017 Deposition of Senate President Thomas V. Mike Miller, Jr. |
| I | July 30, 2010 Interagency Memorandum from Maryland Secretary of Planning Richard E. Hall to Governor Martin O'Malley, produced pursuant to Maryland Public Information Act Request. |
| J | March 23-24, 2011 PowerPoint Presentation entitled "State of Maryland Redistricting Process and Requirements," produced pursuant to Maryland Public Information Act Request. |
| K | Excerpts from public hearing of Governor's Redistricting Advisory Committee. |
| L | Transcript of May 24, 2017 Deposition of Secretary John T. Willis. |
| M | Transcript of April 24, 2017 Deposition of Senate President Thomas V. Mike Miller, Jr. |

| N | July 20, 2011 email exchange Between Brian Romick and Secretary Willis, bearing the Bates number HOY000345. |
|---|---|
| O | Exhibit 52 to the March 3, 2017 Deposition of Eric Hawkins. |
| P | February 24-March 8, 2011 email exchange between Brian Romick, staffer to U.S. Congressman Steny Hoyer, and Jason Gleason, staffer to U.S. Congressman John Sarbanes, bearing the Bates numbers HOY000315-16. |
| Q | Opening Expert Report of Prof. Michael P. McDonald, dated April 7, 2017. |
| R | Transcript of the May 23, 2017 Deposition of William S. Cooper. |
| S | October 17, 2011 email from Yaakov "Jake" Weissman to Joseph Bryce, Patrick Murray, Jeremy Baker, and Secretary John P. McDonough, produced pursuant to Maryland Public Information Act Request. |
| T | Exhibit 120 to the April 19, 2017 Deposition of Speaker Michael E. Busch. |
| U | Exhibit 139 to the April 24, 2017 Deposition of Senate President Thomas V. Mike Miller, Jr. |
| V | Transcript of the February 3, 2017 Deposition of Robert Garagiola. |
| W | Exhibit 15 to the February 3, 2017 Deposition of Robert Garagiola. |
| X | Exhibit 135 to the April 24, 2017 Deposition of Senate President Thomas V. Mike Miller, Jr. |
| Y | Exhibit 136 to the April 24, 2017 Deposition of Senate President Thomas V. Mike Miller, Jr. |
| Z | August 31, 2011 email exchange between Brian Romick, staffer to U.S. Congressman Steny Hoyer, and Mark Gersh, NCEC Services. |
| AA | September 1, 2011 email exchange between Brian Romick, staffer to U.S. Congressman Steny Hoyer, and |

|   |   |
|---|---|
|   | Mark Gersh, NCEC Services. |
| BB | September 1, 2011 email exchange between Brian Romick, staffer to U.S. Congressman Steny Hoyer, and Mark Gersh, NCEC Services. |
| CC | September 1, 2011 email exchange between Brian Romick, staffer to U.S. Congressman Steny Hoyer, and Mark Gersh, NCEC Services. |
| DD | Document bearing the Bates numbers HOY000045-46. |
| EE | Document bearing the Bates numbers HOY000047-48. |
| FF | Document bearing the Bates numbers HOY000035-38. |
| GG | Opening Expert Report of Dr. Peter A. Morrison, dated April 7, 2017. |
| HH | May 18-19, 2011 email exchange between Brian Romick, staffer to U.S. Congressman Steny Hoyer, and Jason Gleason, staffer to U.S. Congressman John Sarbanes, bearing the Bates number HOY000418. |
| II | Exhibit 58 to the March 3, 2017 Deposition of Eric Hawkins. |
| JJ | Document bearing the Bates number HOY000181. |
| KK | Document bearing the Bates number HOY000182. |
| LL | Exhibit 61 to the March 3, 2017 Deposition of Eric Hawkins. |
| MM | Exhibit 79 to the March 29, 2017 Deposition of Senator C. Anthony Muse. |
| NN | Exhibit 71 to the March 3, 2017 Deposition of Eric Hawkins. |
| OO | Defendants' Memorandum in Support of Motion to Dismiss or, in the Alternative, for Summary Judgment, and Opposition to Motion for Preliminary Injunction, *Fletcher v. Lamone*, Civ. No. RWT-11-3220 (D. Md. Dec. 2, 2011) (Dkt. No. 33-1). |

| | |
|---|---|
| PP | Document bearing the Bates numbers HOY000126-27. |
| QQ | Document bearing the Bates number HOY000180. |
| RR | Transcript of the April 19, 2017 Deposition of Speaker Michael E. Busch. |
| SS | October 5, 2011 email from Brian Romick, staffer to U.S. Congressman Steny Hoyer, to Mark Gersh, NCEC Services, bearing the Bates numbers HOY000353-55. |
| TT | Rebuttal Expert Report of Prof. Allan J. Lichtman, dated May 8, 2017. |
| UU | Transcript of the May 25, 2017 Deposition of Prof. Allan J. Lichtman. |
| VV | United States Elections, 2014, Wikipedia. |
| WW | Cook Partisan Voting Index, Wikipedia. |
| XX | Introducing the 2012 Cook Political Report Partisan Voter Index, David Wasserman, October 11, 2012. |
| YY | Transcript of the January 26, 2017 Deposition of Plaintiff Sharon Strine. |
| ZZ | Transcript of the January 27, 2017 Deposition of Plaintiff Alonnie Ropp. |
| AAA | Transcript of the January 24, 2017 Deposition of Plainitff Edmund Cueman. |
| BBB | Rebuttal Expert Report of Prof. Michael P. McDonald, dated May 22, 2017. |
| CCC | Reply Expert Report of Dr. Peter A. Morrison, dated May 22, 2017. |
| DDD | October 3, 2011 email exchange between Brian Romick, staffer to U.S. Congressman Steny Hoyer, and Jason Gleason, staffer to U.S. Congressman John Sarbanes. |

Dated: May 31, 2017                                Respectfully submitted,

/s/ *Michael B. Kimberly*

Michael B. Kimberly, Bar No. 19086
   mkimberly@mayerbrown.com
Paul W. Hughes, Bar No. 28967
Stephen M. Medlock, *pro hac vice*
E. Brantley Webb, *pro hac vice*
Micah D. Stein, *pro hac vice*
Mayer Brown LLP
1999 K Street NW
Washington, D.C. 20006
(202) 263-3127 (office)
(202) 263-3300 (facsimile)