## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| O. JOHN BENISEK, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | Case No. 13-cv-3233 |
| LINDA H. LAMONE., *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \*

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that defendants Linda H. Lamone and David J. McManus, Jr, hereby appeal to the Supreme Court of the United States from this Court's November 7, 2018 opinion and order granting plaintiffs' motion for summary judgment and entering a permanent injunction (Dkts. 222, 223) and from each and every opinion or ruling that merged therein.  This appeal is taken under 28 U.S.C. § 1253.

November 15, 2018

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

/s/ Sarah W. Rice_____
SARAH W. RICE (Bar No. 29113)
JENNIFER L. KATZ  (Bar No. 28973)
ANDREA W. TRENTO (Bar No. 28816)
Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
srice@oag.state.md.us
(410) 576-6847
(410) 576-6955 (facsimile)
Attorneys for Defendants