IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| O. JOHN BENISEK, *et al.*, | * |
| Plaintiffs, | * |
| v. | * Case No. 1:13-cv-03233-JKB |
| LINDA H. LAMONE, *et al.*, | * |
| Defendants. | * |

**SPECIAL MASTER DISCLOSURE PURSUANT TO RULE 53(b)(3)(A)**

Pursuant to Rule 53(b)(3)(A) of the Federal Rules of Civil Procedure, and this Court's Order of November 13, 2018 (ECF No. 224), I, J. Mark Coulson, declare as follows:

1. I am over 18 years of age and otherwise competent to make this disclosure;

2. I have reviewed 28 U.S.C. § 455(a) and I am not aware of any circumstance involving this matter where my impartiality might reasonably be questioned;

3. I have reviewed 28 U.S.C. § 455(b) and state that none of the grounds for disqualification listed therein apply to me with regard to this matter.

**I HEREBY CERTIFY, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.**

_____          11/15/18
J. MARK COULSON                            EXECUTED