**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **O. JOHN BENISEK, et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | *  **CIVIL NO. JKB-13-3233** |
| | * |
| **LINDA H. LAMONE, et al.,** | * |
| | |
| **Defendants.** | * |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## ORDER

Now pending before this Three Judge Court is Plaintiffs' Consent Motion to Hold All Matters Relating to Taxation of Fees and Costs in Abeyance Pending Outcome of Appeal (ECF No. 229).

Upon consideration of the Motion and of the Court's Order granting a stay (ECF No. 230) of the Judgment (ECF No. 223), the Motion is GRANTED IN PART. All proceedings on taxation of attorneys' fees and costs shall be held in abeyance until the United States Supreme Court decides the appeal of this case or until the passage of the date of July 1, 2019, whichever first occurs. Upon expiration of the stay, counsel shall jointly and immediately move to set in a status conference, and this Court will set a new initial filing deadline for the motion for fees and bill of costs.

So ORDERED this _19_ day of November, 2018.

For the Three Judge Court:

_Jame K. Bredar_

Honorable James K. Bredar
Chief Judge