# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 6, 2018

Clerk
United States District Court for the District of
Maryland
United States Courthouse
101 West Lombard Street
Baltimore, MD  21201-2691

FILED          ENTERED
LODGED         RECEIVED

DEC 1 1 2018

AT LAL ...
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY

Re:  Linda H. Lamone, et al.
     v. O. John Benisek, et al.
     No. 18-726
     (Your No. 1:13-cv-03233-JKB)

Dear Clerk:

An appeal in the above-entitled case was filed in this Court December 3, 2018
and placed on the docket December 6, 2018, as No. 18-726.

Sincerely,

Scott S. Harris, Clerk

by

Lisa Nesbitt
Case Analyst